FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG 23  AM 7: 49

LORETTA G. WHYTE
         CLERK

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

UNITED STATES OF AMERICA                          CRIMINAL ACTION

versus                                                  No. 97-299

PAUL LEWIS                                           SECTION: E/3

### ORDER AND REASONS

Defendant in the captioned matter filed a Motion to Correct Sentence on July 1, 2005, record document 25. He claims that the Federal Bureau of Prisons has not given him credit for time served in a Texas state prison for a state conviction, which time was to run concurrent with his federal sentence according to the terms of the plea bargain agreement and this Court's sentence and Judgment of Commitment. The matter was considered on the briefs.

The Court adopts the Opposition brief filed by the United States as its reasons for denial of defendant's motion. At his sentencing, Mr. Lewis' term of commitment for his federal conviction was reduced by 48 months in recognition of the time he had served in Texas state prison prior to the imposition of his



federal sentence. His federal sentence, as stated in the Judgment of Commitment, has in fact run concurrently with the remainder of his sentence served in the State of Texas, as agreed and pursuant to the terms of the plea bargain. He is not entitled to any further reduction in his sentence.

Accordingly,

**IT IS ORDERED** that defendant Paul Lewis' Motion to Correct Sentence be and is hereby **DENIED**.

New Orleans, Louisiana, this 22nd day of August, 2005.

_____
MARCEL LIVAUDAIS, JR.
SENIOR UNITED STATES DISTRICT JUDGE